UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                      Case No. 07-cr-8-01/02-SM

Melissa Allen
Michael Guinier

O R D E R

      Defendant's assented-to motion to continue the trial (document no. 39) is granted. Trial has been rescheduled for the December 2007 trial period.  Defendant shall file a Waiver of Speedy Trial Rights not later than September 4, 2007.  On the filing of such waiver, her continuance shall be effective.

      The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account the

exercise of due diligence under the circumstances.

    Final Pretrial Conference:  November 20, 2007 at 4:30 PM

    Jury Selection:  December 4, 2007 at 9:30 AM

    SO ORDERED.


August 28, 2007                                  /s/ Steven J. McAuliffe  
                                                     Steven J. McAuliffe  
                                                     Chief Judge

cc:  Jennifer C. Davis, Esq.  
     Patrick Richard, Esq.  
     Jeffrey Levin, Esq.  
     U. S. Probation  
     U. S. Marshal